# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARL HENRY OLSEN, III,<br><br>　　　　　　Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00367-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 34) is granted. Petitioner will have until February 7, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 13th day of November 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE