# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL HENRY OLSEN, III,<br><br>Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00367-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's unopposed motion for extension of time (ECF No. 36) is granted. Petitioner will have until March 11, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 8th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE