# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARL HENRY OLSEN, III,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00367-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's third unopposed motion for extension of time (ECF No. 39) is granted. Petitioner will have until April 10, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 12th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE