UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CARL HENRY OLSEN, III,

Petitioner,

v.

ROBERT LEGRAND, *et al.*,

Respondents.

Case No. 3:15-cv-00367-MMD-WGC

ORDER

Good cause appearing, Petitioner's fourth unopposed motion for extension of time (ECF No. 41) is granted. Petitioner will have until May 10, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 12th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE