# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL HENRY OLSEN, III,<br><br>Petitioner,<br>v.<br>ROBERT LEGRAND, *et al.*,<br><br>Respondents. | Case No. 3:15-cv-00367-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's fifth unopposed motion for extension of time (ECF No. 43) is granted. Petitioner will have until May 17, 2019, to file an amended petition for writ of habeas corpus in this case.

DATED THIS 10th day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE