UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARL HENRY OLSEN, III, | Case No. 3:15-cv-00367-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LEGRAND, *et al.*, | |
| Respondents. | |

This counseled habeas petition comes before the Court on Petitioner's motion for leave to file Exhibit 9 under seal (ECF No. 47). Exhibit 9 is Petitioner's presentence investigation report, which is a confidential document. In accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that a compelling need to protect the privacy and/or personal identifying information of Petitioner in the sealed exhibit outweighs the public interest in open access to court records. The motion for leave to file Exhibit 9 under seal (ECF No. 47) is therefore granted, and Exhibit 9 is considered properly filed under seal.

DATED THIS 21st day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE