# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL HENRY OLSEN, III,<br><br>Petitioner,<br>v.<br>RENE BAKER, *et al.*,<br>Respondents. | Case No. 3:15-cv-00367-MMD-WGC<br><br>ORDER |

Respondents' Unopposed Motion to Extend Time (ECF No. 50) is granted. Respondents must file their answer or other responsive pleading by October 14, 2019.

DATED THIS 15th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE