# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CARL HENRY OLSEN, III, | Case No. 3:15-cv-00367-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| RENE BAKER, *et al.*, | |
| Respondents. | |

Respondents' second Unopposed Motion to Extend Time (ECF No. 52) is granted. Respondents must file their answer or other responsive pleading by December 30, 2019.

DATED THIS 11th day of October 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE